# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERESA V. VELARDI,** : | |
| Appellant : | **CIVIL ACTION NO. 3:16-0470** |
| v. : | **(JUDGE MANNION)** |
| **COUNTRYWIDE BANK, FSB**, *et al.*, : | |
| : | |
| Appellees | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the court's April 1, 2016, Order dismissing this case for lack of subject matter jurisdiction, (Doc. 4), is **VACATED**;

**(2)** the instant appeal, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** as premature;

**(3)** Ms. Velardi's motion for an extension of time, (Doc. 5), to file her appeal documents under Bankruptcy Rule 8009 is **DISMISSED AS MOOT**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 12, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0470-02-ORDER.wpd